**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

FLAGSTAR BANK, FSB, a federally
chartered savings bank

                                                                 CASE NO. 05-70950

     Plaintiff,                                 HON. LAWRENCE P. ZATKOFF

v.

FEDERAL INSURANCE COMPANY, an
Indiana Corporation and CONTINENTAL
CASUALTY COMPANY, an Illinois
Corporation.

     Defendants.
_____/

**ORDER AMENDING SCHEDULING ORDER**

Pursuant to the March 23, 2006 Stipulation of the parties, the Court HEREBY ORDERS that the scheduling order be amended in the following ways:

The deadline for exchanging trial witness lists shall be extended 30 days from March 20, 2006 until April 19, 2006. The deadline for discovery cutoff shall be extended thirty days from April 1, 2006 until May 1, 2006. The deadline for dispositive motions shall be extended thirty days from April 28, 2006 until May 30, 2006. These extensions shall have no effect on the Final Pre-Trial Conference scheduled for September 14, 2006.

     IT IS SO ORDERED.

                                                s/Lawrence P. Zatkoff
Date: April 18, 2006                    LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

                                                ENTRY OF THIS ORDER SHALL
                                                NOT DELAY THE PROCEEDINGS
                                                IN THE ABOVE MATTER IN
                                                ANY MATTER   WHATSOEVER