# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**FLAGSTAR BANK**

       **Plaintiff,**　　　　　　　　**CIVIL ACTION NO. 05-CV-70950-DT**

vs.

　　　　　　　　　　　　　　　　**DISTRICT JUDGE LAWRENCE P. ZATKOFF**

**FEDERAL INSURANCE CO.,**

　　　　　　　　　　　　　　　　**MAGISTRATE JUDGE MONA K. MAJZOUB**

       **Defendant.**
_____/

## ORDER FOR IN CAMERA PRODUCTION

On January 24, 2006 Defendant Federal Insurance Company filed a Motion for a Protective Order. On February 24, 2006 Plaintiff filed a Motion to Compel Production of Information Relating to Defendants' Claim Investigation and Underwriting. Both Motions concern the applicability of the attorney-client and work product privileges to documents produced by Defendant in connection with their investigation of Plaintiff's Insurance claim. Having reviewed the Motions, the Court has determined that *in camera* inspection of these documents is necessary to appropriately determine the issues presented.

The Court therefore **ORDERS** Defendant Federal Insurance Company to produce the disputed documents to the Court for *in camera* inspection on or before Friday, August 10, 2006.

    **IT IS SO ORDERED.**

**NOTICE TO PARTIES**

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. § 636(b)(1).

Dated: August 10, 2006                              s/ Mona K. Majzoub
                                                    MONA K. MAJZOUB
                                                    UNITED STATES MAGISTRATE JUDGE

**Proof of Service**

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: August 10, 2006                              s/ Lisa C. Bartlett
                                                    Courtroom Deputy