# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FLAGSTAR BANK, FSB, a federally
chartered savings bank

        CASE NO. 05-70950

    Plaintiff,        HON. LAWRENCE P. ZATKOFF

v.

FEDERAL INSURANCE COMPANY, an
Indiana Corporation and CONTINENTAL
CASUALTY COMPANY, an Illinois
Corporation.

    Defendants.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated November 17, 2006, this cause of action is DISMISSED.

Dated at Port Huron, Michigan this 17th day of November, 2006.

        DAVID J. WEAVER
        CLERK OF THE COURT

    BY:    s/Marie E. Verlinde

APPROVED:

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE